# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>  Petitioner,<br><br>  v.<br><br>BRANDON PRICE, Warden,<br><br>  Respondent. | Case No.: 1:21-cv-01516-JLT<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 2) |

On September 29, 2021, Petitioner filed a petition for writ of habeas corpus (Doc. 1) and a miscellaneous motion titled as a motion for SVPA speedy trial right (Doc. 2) in the United States District Court for the Northern District of California. On October 8, 2021, the Northern District transferred the petition and motion to this Court (Doc. 4), with deadlines set for filing responses and replies to the motion. The Court has reviewed the motion and finds that it is unintelligible and the claim for relief cannot be discerned. Therefore, Petitioner's motion is hereby DISREGARDED, and the deadlines set by the Northern District are VACATED.

IT IS SO ORDERED.

Dated:  **October 21, 2021**            _ /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE